# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Charles Rice Kendall and Ann P. Hochberg,
as Trustees for The Thomas E. Proctor Heirs
Trust,

        ,

       **Plaintiff(s),**

    v.

EQT AMD, LLC, EQT ARO LLC,
International Development Corp., and SWN
Production Company, LLC

         _____,

       **Defendant(s)/**
       **Third-Party Plaintiff(s),**

    v.

          ,

       **Third-Party Defendant(s).**

**Civil Action No.** 4:21-cv-01491

## DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
### (Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ,
                     (type of party)
who is International Development Corporation , makes the following disclosure:
  (name of party)

1.   Is the party a non-governmental corporate party?

☑ YES          ☐ NO

2.   If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

There is no parent corporation.

3.   If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

N/A

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

_/s/ Robert J. Burnett_
Signature of Counsel for Party

Date: __September 24, 2021__