Civil Action No.: **4:21-CV-01491-MWB**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) EQT ARO LLC

was received by me on (date) September 1, 2021.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify) : Service by mail pursuant to FRCP 4(e)1 and Pa.R.C.P. 404.  Please see details of service below.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

9-29-2021
*Date*

*Server's Signature*

Thomas McGrath, Office Services Clerk
*Printed name and title*

Troutman Pepper Hamilton Sanders LLP
100 Market Street, Suite 200
Harrisburg, PA 17101
*Server's Address*

Additional information regarding attempted service, etc:

The Summons and Complaint were mailed by United State Postal Service ("USPS") certified mail, return receipt requested, restricted delivery to Defendant EQT ARO LLC c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801 on September 1, 2021. Pursuant to the USPS certified mail return receipt, a copy of which is attached hereto as Exhibit A, the package was delivered and accepted by Defendant on September 10, 2021.

# EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>EQT ARO LLC<br>C/O THE CORPORATION TRUST COMPANY<br>CORPORATION TRUST CENTER<br>1209 ORANGE STREET<br>WILMINGTON, DE 19801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>RECEIVED<br>SEP 1 0 2021<br>CT CORPORATION | |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4586 8278 2471 35 | 3. Service Type<br>☐ Adult Signature<br>☒ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☒ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise |
| 2. Article Number (Transfer from service label)<br>7017 3380 ... | ☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Signature Confirmation™<br>☒ Signature Confirmation Restricted Delivery |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | | Domestic Return Receipt |