Civil Action No.: **4:21-CV-01491-MWB**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) <u>SWN Production Company, LLC</u>
was received by me on (date)<u>September 1, 2021</u>.

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :  Service by mail pursuant to FRCP 4(e)1 and Pa.R.C.P. 404.  Please
see details of service below.

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

<u>9-29-2021</u>
Date

*Shn M'Sm*
**Server's Signature**

Thomas McGrath, Office Services Clerk
**Printed name and title**
Troutman Pepper Hamilton Sanders LLP
100 Market Street, Suite 200
Harrisburg, PA 17101
**Server's Address**

Additional information regarding attempted service, etc:

The Summons and Complaint were mailed by United State Postal Service ("USPS") certified
mail, return receipt requested, restricted delivery to Defendant SWN Production Company,
LLC, 10000 Energy Drive, Spring, Texas 77389 on September 1, 2021.  Pursuant to the USPS
certified mail return receipt, a copy of which is attached hereto as Exhibit A, the package
was delivered and accepted by Defendant on September 7, 2021.

# EXHIBIT A

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SWN PRODUCTION COMPANY, LLC
10000 ENERGY DRIVE
SPRING, TEXAS 77389

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 4586 8278 2471 28

2. Article Number *(Transfer from service label)*
7017 3380 0001 0888 3058

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  *C-19*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
9-7-21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☒ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☒ Signature Confirmation Restricted Delivery

Domestic Return Receipt