Civil Action No.: **4:21-CV-01491-MWB**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) International Development Corporation was received by me on (date) September 1, 2021.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): Service by mail pursuant to FRCP 4(e)1 and Pa.R.C.P. 404. Please see details of service below.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

9-29-2021
*Date*

*Server's Signature*

Thomas McGrath, Office Services Clerk
*Printed name and title*

Troutman Pepper Hamilton Sanders LLP
100 Market Street, Suite 200
Harrisburg, PA 17101
*Server's Address*

Additional information regarding attempted service, etc:

The Summons and Complaint were mailed by United State Postal Service ("USPS") certified mail, return receipt requested, restricted delivery to Defendant International Development Corporation, 50170 Long Neck Road, Scotland, Maryland 20687 on September 1, 2021. Pursuant to the USPS certified mail return receipt and the USPS tracking information available on the USPS website, copies of which are attached hereto as Exhibit A, the package was delivered and accepted by Defendant on September 4, 2021.

# EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) C. M. Rainey C. Date of Delivery |
| 1. Article Addressed to:<br>INTERNATIONAL DEVELOPMENT CORPORATION<br>50170 LONG NECK ROAD<br>SCOTLAND, MARYLAND 20687 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 9590 9402 4586 8278 2471 11 | 3. Service Type<br>☐ Adult Signature<br>☒ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☒ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☒ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 3380 0001 0888 3041 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70173380000108883041

Remove ✕

Your item was picked up at the post office at 11:53 am on September 4, 2021 in RIDGE, MD 20680.

## ✓ Delivered, Individual Picked Up at Post Office

September 4, 2021 at 11:53 am
RIDGE, MD 20680

**Get Updates** ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

September 4, 2021, 11:53 am
Delivered, Individual Picked Up at Post Office
RIDGE, MD 20680
Your item was picked up at the post office at 11:53 am on September 4, 2021 in RIDGE, MD 20680.

September 4, 2021, 11:05 am
Out for Delivery
RIDGE, MD 20680

September 4, 2021, 10:54 am
Arrived at Post Office
RIDGE, MD 20680

**September 3, 2021**
In Transit to Next Facility

**September 2, 2021, 12:15 am**
Arrived at USPS Regional Facility
HARRISBURG PA DISTRIBUTION CENTER

**Product Information** ⌄

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback