# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES RICE KENDALL and
ANN P. HOCHBERG, as Trustees
for The Thomas E. Proctor Heirs Trust,

          Plaintiffs,

v.

EQT AMD LLC, EQT ARO LLC,
INTERNATIONAL DEVELOPMENT
CORPORATION, and SWN
PRODUCTION COMPANY, LLC,

          Defendants.

Civil Action No. 4:21-cv-01491-MWB

Electronically Filed

JURY TRIAL DEMANDED

## NOTICE OF APPEARANCE

TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

     Kindly enter the appearance of Brendan A. O'Donnell, Esquire, as counsel

for Defendant, International Development Corporation in this matter.  Please note

that Robert J. Burnett, Esquire and the law firm of Houston Harbaugh, PC remains

as counsel for the aforementioned Defendant.

                           HOUSTON HARBAUGH, P.C.

Dated:  September 29, 2021      By:_____*/s/ Brendan A. O'Donnell*_____
                           Brendan A. O'Donnell, Esquire
                           PA I.D. 309007
                           Houston Harbaugh, P.C.
                           Three Gateway Center
                           401 Liberty Avenue, 22nd Floor
                           Pittsburgh, PA 15222
                           (412) 281-5060

{CLIENT WORK/37902/0017 H1856014:1}

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on September 29, 2021, a true and correct copy of the

foregoing **NOTICE OF APPEARANCE** was filed via the Electronic Case Filing

(ECF) System which will forward notification of said filing to all counsel of

record:

Laura A. Lange, Esquire
1670 Sturbridge Drive
Sewickley, PA 15143

Justin G. Weber, Esquire
Pepper Hamilton LLP
Suite 200, 100 Market Street
Harrisburg, PA 17108

***Attorneys for Plaintiffs***

  */s/ Brendan A. O'Donnell*
Brendan A. O'Donnell