4



**Deed.**

C. H. M'CAULEY, Jr., et ux.

TO

CENTRAL PENNSYLVANIA LUMBER CO. &

&&
&&
&&
&&
&&
&&
&&
&&
&&
&&

THIS INDENTURE, Made the Sixth day of December in the year of our Lord one thousand nine hundred and ten (1910). 12-6-10

BETWEEN Calvin H. M'Cauley, Jr., and Florence M., his wife, of the City of Williamsport, County of Lycoming and State of Pennsylvania, of the first part, and the Central Pennsylvania Lumber Company, a corporation organized and existing under the laws of the State of Pennsylvania, of the second part;

WITNESSETH: That the said parties of the first part, for and in consideration of the sum of One ($1.00) Dollar, lawful money of the United States of America, to them well and truly paid by the said party of the second part, at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, have granted, remised, released and quit claimed, and by these presents do grant, release, remise and quit-claim unto the said party of the second part, and to its successors and assigns, forever,

ALL their right, title, interest and estate, of, in and to all those fifty six (56) certain pieces, parcels or lots of land situate in the County of Lycoming and State of Pennsylvania, as follows, to wit;

| Warrant | Warrantee | Township | Acres |
|---|---|---|---|
| Thomas Afflick | | Cascade | 407 3/4 |
| David Caldwell | | " | 249 |
| Francis Tench | | " | 407 3/4 |
| 5655 | James Strawbridge | Cogan House | 1022 |
| 5665 | James Strawbridge | " " | 824 |
| 5745 | James Strawbridge | " " | 124 |
| William James | | Gamble | 422 |
| 1395 | Hewes & Fisher | Jackson | 599 |
| 1613 | Hewes & Fisher | " | 107 |
| 1615 | Hewes & Fisher | " | 95 |
| 4785 | Miller & Murray | " | 278 |
| 4786 | Miller & Murray | " | 197 |
| 4786 | Miller & Murray | " | 549 |
| 4787 | Miller & Murray | " | 485 |
| 4787 | Miller & Murray | " | 564 |
| 4788 | Miller & Murray | " | 1109 |
| 4789 | Miller & Murray | " | 455 |
| 5653 | James Strawbridge | " | 218 |
| 5654 | James Strawbridge | " | 1088 |
| 5667 | James Strawbridge | Lewis | 1098 |
| 5753 | James Strawbridge | " | 719 |
| John Reed | | " | 86 |
| Charlotte Rustin | | " | 431 |
| Mary Rustin, Jr. | | " | 430 |
| Mary Rustin | | " | 140 |
| Samuel Straub | | " | 393 |
| 4784 | Miller & Murray | McIntyre | 425 |
| 4785 | Miller & Murray | " | 205 |
| 4785 | Miller & Murray | " | 381 |
| 4789 | Miller & Murray | " | 401 |
| 4789 | Miller & Murray | " | 200 |
| 5653 | James Strawbridge | " | 850 |
| 415 | Fred Antes | " | 407 3/4 |
| 419 | William Chancellor | " | 289 |
| George David (David George) | | " | 407 3/4 |
| 437 | Michael Gratz | " | 407 3/4 |
| 434 | Samuel Miles, Jr. | " | 383 |
| 435 | Jacob Morgan | " | 378 |
| 418 | John Price | " | 407 3/4 |
| 928 | Robert Shaw | " | 387 |
| 410 | John Singer | " | 468 |
| John Smith | | " | 382 |
| 427 | Walter Stewart | " | 407 3/4 |
| 425 | William Stewart | " | 400 |
| John Bayard | | McNett | 205 |
| William Brown | | " | 407 3/4 |
| Samuel Dale | | " | 439 3/4 |
| William Shaw | | " | 440 |
| 1695 | Hewes & Fisher | Pine | 490 |
| 1638 | Hewes & Fisher | " | 511 |
| 1649 | Hewes & Fisher | " | 990 |

56 parcels
23,626.5 acres
9 twps
OGM=OK

| | | | |
|---|---|---|---|
| Henry Beck | Plunketts Creek | | 58 |
| William Jackson | " | " | 100 |
| William Jackson | " | " | 100 |
| James Johnson | " | " | 150 |
| Jonathan Mifflin | " | " | 407 3/4 |

The Fifty-six tracts of land above described being the same which were conveyed to the said Calvin H. M'Cauley, Jr., by Lyman Ayers, Treasurer of Lycoming County, by fifty-six certain deeds bearing date the twenty-fifth day of June, 1908, excepting deed for 206 acres of the Jon. Bayard warrant, Gellett Township, which is dated the eighth day of June, 1908, the deeds dated June 25th, 1908,

PHT2530

35

TOGETHER with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversions, remainders, rents, issues and profits thereof; AND ALSO, all the estate, right, title, interest, property, claim and demand whatsoever, as well in law as in equity, of the said parties of the first part, of, in, or to the above described premises, and every part and parcel thereof, with the appurtenances.

TO HAVE AND TO HOLD all and singular the above mentioned and described premises, together with the appurtenances, unto the said party of the second part, its successors and assigns forever.

IN WITNESS WHEREOF, the said parties of the first part have hereunto set their hands and seals the day and year first above written.

| Signed, sealed and delivered ) | Calvin H. M'Cauley, Jr. | Seal. |
| in the presence of; ) | Florence M. M'Cauley. | Seal. |

Fred A. Midgley.

C. L. Rader.

State of Pennsylvania, )
                       . 0 SS.
County of Lycoming,    )

Be it remembered, That on this Sixth day of December A. D. 1910, before me, a Notary Public in and for said County and State, personally appeared Calvin H. M'Cauley, Jr., and Florence M. M'Cauley, his wife, who, I am satisfied are the individuals named in and who executed the above Deed or Conveyance, and I having first made known to them the contents thereof, they acknowledged that they signed, sealed and delivered the same as their voluntary act and deed.
Recorded February 4th. 1911.

*Frank V. Myers*
Recorder.

Witness my hand and notarial seal.

C. S. Dubelle.   N. P. Seal.

Notary Public.
Commission expires April 7, 1913.

PHT2531


**Deed.**

948

D B  219/248   21  2,565.25 acres
Cascade, Brown, Gamble
& Lewis Twps
OGM = OK

Calvin H. M'Cauley, Jr., etux,  ) This Indenture, Made the Twenty-seventh day of November A.D. one
                                : thousand nine hundred and Fourteen. (1914).
        to                     )
              Comment.          :
Central Penna. Lumber Co.         Between Calvin H. M'Cauley, Jr., and Florence M. M'Cauley
                                his wife, of the City of Williamsport, County of Lycoming and State
of Pennsylvania, of the first part, and The Central Pennsylvania
Lumber Company, a corporation organized and existing under the laws of the State of Pennsylvania
of the second part.

Witnesseth, That the said parties of the first part, for and in consideration of
the sum of One ($1.00) Dollar, lawful money of the United States of America, unto them well and
truly paid by the said party of the second part, at and before the sealing and delivery of these
presents, the receipt whereof is hereby acknowledged, have granted, remised, released and quit-
claimed, and by these presents do grant, remise, release and quit-claim unto the said party of the
second part, and to its successors and assigns forever.

All the right, title, interest and estate, but no greater right, title, interest or
estate than acquired by Calvin H. M'Cauley, Jr., under and by virtue of two Treasurer's deeds from
George A. Gamble, Treasurer of Lycoming County, dated June 13, 1910, and acknowledged in open Court
September 12, 1910, of, in and to all those two certain pieces, parcels or lots of land situate in
the Township of Cascade, Lycoming County, Pennsylvania, and known as the George Tudor and
Sampson Levy warrants, each containing 407-3/4 Acres.

Reserving And Excepting, Nevertheless, unto the Elk Tanning Company, its successors
and assigns, all the hemlock bark, rock oak bark and chestnut oak bark upon said lands, timber
and trees, with the right of ingress, egress and regress for the purpose of cutting, peeling,
curing, piling, storing and removing said bark in the usual and ordinary manner at any and all
times within the period between the date hereof and May 25, 1928; and with the right to erect and
maintain camps, barns and other buildings upon said lands for such bark purposes, and to construct
and maintain roads, tram roads and railroads through, over and across the same, for the purpose of
hauling, shipping and transporting bark and other freights and supplies from and to said lands or
any other lands, and with the further full and free right to cut, take and use such trees and
timber, without liability therefor, as may be necessary and proper for the erection and mainte-
nance of such camps, barns and buildings, and the construction and maintenance of said roads,
tram roads and Railroads, and with the right and privilege of taking and removing any and all
said property and improvements at any and all times during the aforesaid term between the date
hereof and May 25, 1928.

Also all the right, title, interest and estate, but no greater right, title,
interest or estate than acquired by Calvin H. M'Cauley, Jr., under and by virtue of four Treasurer's
deeds from George A. Gamble, Treasurer of Lycoming County, dated June 13, 1910 and acknowledged in
open Court September 12, 1910, of in and to all those four certain pieces, parcels or lots of
land situate in Lycoming County, Pennsylvania, as follows:

|   | Warrantee name of | Township | Acres |
|---|---|---|---|
| 1 | Gates Wilcox | Brown. | 195. |
| 2 | Clement Biddle. | Cascade. | 407-3/4 |
| 3 | William James. | Gamble. | 422 |
| 4 | James Strawbridge 5651 | Lewis. | 725 |

Together with all and singular the tenements, hereditaments and appurtenances there-
unto belonging, or in anywise appertaining, and the reversions, remainders, rents, issues and
profits thereof;

And also, all the estate, right, title, interest, property, claim and demand whatso-
ever, as well in law as in equity, of the said parties of the first part, of, in, or to the above
described premises, and every part and parcel thereof; with the appurtenances.

To have and to hold all and singular the above mentioned and described premises,
together with the appurtenances, unto the said party of the second part, its successors and assigns
IN WITNESS WHEREOF the said parties of the first part have hereunto set their
hands and seals the day and year first above written.

                                                        Calvin H. M'Cauley, Jr.    Seal.
Signed, sealed and delivered in                         Florence M. M'Cauley.      Seal.
the presence of
Fred A. Midgley, C. L. Rader.

State of Pennsylvania,   )
                         : ss;
County of Lycoming,      )         Be it Remembered that on this Twenty-seventh day of
November A.D. 1914, before me, a Notary Public, for the Commonwealth aforesaid, residing in the City of Williamsport, personally appeared Calvin H. M'Cauley Jr., and Florence M. M'Cauley, his wife, who I am satisfied are the Individuals named in and who executed the above Indenture or Deed of Conveyance, and I having first made known to them the contents thereof, they acknowledged that they signed, sealed and delivered the same as their voluntary act and deed. Witness my hand and Notarial seal the day and year aforesaid.
                                            C. S. DuBelle.                (N.P.Seal).
                                                Notary Public.
Recorded Feb 10. 1915.                      Commission expires April 7, 1917.

J. Albert Losch
Recorder

George Tudor    407.75   Cascade
Sampson Levy    407.75   Cascade
Gates Wilcox    195      Brown
Clement Biddle  407.75   Cascade
Wm James        422      Gamble
Jas Strawbridge 725      Lewis
                         219-248
#5661

PHT2533