###########################################

A.F. JONES ET UX

TO

CENTRAL PENNSYLVANIA LUMBER CO

###########################################

## THIS DEED made the 30th day of June, A.D. one thousand nine hundred and twenty eight (1928).

BETWEEN A.F. Jones and Katherine M. Jones, his wife, of the Borough of Coudersport, Potter County, Pennsylvania, grantors, and Central Pennsylvania Lumber Company, a corporation of the Commonwealth of Pennsylvania, grantee.

WITNESSETH, that for and in consideration of the sum of One Dollar in hand paid, receipt of which is hereby acknowledged, the said grantors do hereby grant and convey unto the said grantee, all those forty six (46) certain pieces, parcels or tracts of land, situate in the Townships of Cascade, McIntyre and McNett in the County of Lycoming and Commonwealth of Pennsylvania, known and designated by Warrantee names, as follows:

IN CASCADE TOWNSHIP: Tracts in Warrantee names; Clement Biddle, containing four hundred seven and three fourths (407¾) acres; George Barclay, containing four hundred eighty three (483) acres; David Campbell, containing four hundred seven and three fourths (407¾) acres; Joseph Fox, containing four hundred seven and three fourths (407¾) acres; Thomas George, containing four hundred thirty nine (439); Edward George, containing four hundred seven and three fourths (407¾) acres; David George, containing two hundred seventy (270) acres; John Hawkins, containing four hundred seven and three fourths (407¾); Rowland Perry, containing four hundred seven and three fourths (407¾) acres; James Reynolds, containing four hundred seven and three fourths (407¾) acres; William Rawle, containing four hundred fourteen (414) acres; Jonathan Sublee, containing three hundred seventy eight (378) acres; Benjamin Smith, containing seventy five (75) acres; Edward Tilghman, containing four hundred seven and three fourths (407¾) acres, Joseph Thomas, containing one hundred (100) acres; Joseph Thomas, containing three hundred thirty five (335) acres; Robert Rankin, containing seventeen (17) acres; Michael Hillegas, containing forty six (46) acres, and William Lewis, containing sixty nine (69) acres.

IN McINTYRE TOWNSHIP: Tracts in Warrantee names; John Boyd, containing four hundred seven and three fourths (407¾) acres; William Chancellor, containing two hundred eighty nine (289) acres; David George, containing one hundred forty two (142) acres; James Hepburn, containing four hundred fifty seven (457) acres; Bernard Hubley, containing four hundred seven and three fourths (407¾) acres; Aaron Levy containing three hundred four (304) acres; Jacob Morgan, containing three hundred seventy eight (378) acres; James Miles, containing four hundred thirty nine (439) acres; John Price, containing four hundred twenty seven (427) acres; Algernon Roberts, containing three hundred seventy seven (377) acres; Robert Rankin, containing four hundred ten (410) acres; Abraham Singer, containing four hundred twenty eight (428) acres; Walter Stewart, containing four hundred twenty eight (428) acres; Robert Shaw, containing three hundred and eighty seven (387) acres; William Stewart, containing four hundred seven and three fourths (407¾) acres; William Wilson, containing four hundred forty one (441) acres;

IN McNETT TOWNSHIP: Tracts in Warrantee names; Stephen Bayard, containing four hundred seven and three fourths (407¾) acres; James Bayard, containing three hundred forty two (342) acres; William Barton, containing four hundred seven and three fourths (407¾) acres; Michael Hillegas, containing three hundred five (305) acres; William Hutchinson containing four hundred seven and three fourths (407¾) acres; William Lewis, containing four hundred three (403) acres; Hugh Lennox, containing one hundred forty seven (147) acres; Daniel Long, containing four hundred seven and three fourths (407¾) acres; Benjamin Smith, containing three hundred sixty four (364) acres; William Shaw, containing four hundred seven and three fourths (407¾) acres. (Containing four hundred forty nine (449) acres;) (and Robert Smith,)

BEING the same lands that were sold to A.F. Jones by S.E. Carson, Treasurer of Lycoming County, at Treasurer's sale on June 14th, 1926.

THIS deed is made without covenant of warranty either express or implied.

IN WITNESS WHEREOF, the said grantors have hereunto set their hands and seals, the day and year first above written.

In the presence of:                          A.F. Jones            (Seal)
Marion E. Horton.                            Katherine M. Jones    (Seal)


Commonwealth of Pennsylvania,
County of Potter, SS:

On this 30th day of June, A.D. one thousand nine hundred and twenty eight (1928), before me, a Notary Public in and for said County and State, personally came the above named A.F. Jones and Katherine M. Jones, his wife, and acknowledged the foregoing

271-172
PHT2534

to be their act and deed, and desired the same tō be recorded as such.

WITNESS my hand and notarial seal the day and year aforesaid.

My commission expires Feb. 5, 1931

E.A. Lignian
Notary Public

(N.P. Sea

Recorded July 12, 1928.
Robert G. Bates, Recorder.

PHT2535