## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust, | No. 4:21-CV-01491 |
| | (Chief Judge Brann) |
| Plaintiffs, | |
| v. | |
| EQT AMD LLC, EQT ARO LLC, INTERNATIONAL DEVELOPMENT CORP., and SWN PRODUCTION COMPANY, LLC, | |
| Defendants. | |

### ORDER

**AND NOW**, this 7th day of December 2021, **IT IS HEREBY ORDERED** that:

1.  The Court will hold a telephonic status conference on **December 10, 2021 at 2:30 p.m.**

2.  Counsel for Plaintiffs shall initiate the call to Chambers at 570-323-9772.  At the time the call is placed, all counsel shall be on the line and prepared to proceed.

3.  The Court's preference is that counsel do not participate in telephonic conference calls by cellular phone or other mobile device; however, in light of current circumstances necessitated by the COVID-19 virus pandemic afflicting our nation, which compel counsel to work outside

of their offices, I will permit such telephonic conference calls to be made by cellular phone if that is the only means of telephonic communication for counsel.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge