# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Procter Heirs Trust,<br><br>Plaintiffs,<br><br>v.<br><br>EQT AMD LLC, EQT ARO LLC, INTERNATIONAL DEVELOPMENT CORP., and SWN PRODUCTION COMPANY, LLC,<br><br>Defendants. | No. 4:21-CV-01491<br><br>(Chief Judge Brann) |

## ORDER

**AND NOW**, this 10th day of December 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Plaintiff's motion for partial summary judgment (Doc. 32) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge