# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EQT AMD LLC, EQT ARO LLC, INTERNATIONAL DEVELOPMENT CORP., and SWN PRODUCTION COMPANY, LLC,<br><br>　　　　Defendants. | No. 4:21-CV-01491<br><br>(Chief Judge Brann) |

## **ORDER**

**AND NOW**, this 26th day of April 2023, **IT IS HEREBY ORDERED** that:

1. The Court will hold a telephonic status conference on **May 16, 2023, at 3:00 p.m.**

2. Counsel for Plaintiffs shall initiate the call to Chambers at 570-323-9772. At the time the call is placed, all counsel shall be on the line and prepared to proceed.

3. The Court's preference is that counsel do not participate in telephonic conference calls by cellular phone or other mobile device; however, in light of current circumstances necessitated by the COVID-19 virus pandemic afflicting our nation, which compel counsel to work outside of their offices, I will permit such telephonic conference calls to be

made by cellular phone if that is the only means of telephonic communication for counsel.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge