## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES RICE KENDALL and** | : | |
| **ANN P. HOCHBERG, as Trustees for** | : | |
| **The Thomas E. Proctor Heirs Trust,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **NO.  21-CV-01491** |
| | : | |
| **EQT AMD LLC,  EQT ARO LLC,** | : | **CHIEF JUDGE BRANN** |
| **INTERNATIONAL DEVELOPMENT** | : | |
| **CORP., and SWN PRODUCTION** | : | |
| **COMPANY, LLC,** | : | |
| | : | **ELECTRONICALLY FILED** |
| **Defendants.** | : | |

## <u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Pursuant to Middle District Local Rule 7.36, Defendants EQT AMD LLC and

EQT ARO LLC provide notice of the Order of the United States Court of Appeals

for the Third Circuit in *Pennsylvania Game Comm'n v. Thomas E. Proctor Heirs*

*Trust*, No. 22-1587 (3d Cir. May 1, 2023) (attached as Exhibit "A"), granting a Joint

Motion by the Game Commission and Proctor Heirs Trust (attached as Exhibit "B"

and predicated on considerations of judicial efficiency), vacating a stay of that

appeal, and committing to certify a question of state law to the Supreme Court of

Pennsylvania.

Respectfully submitted,

/s/ John B. Dempsey
Daniel T. Brier
John B. Dempsey
Richard L. Armezzani
Myers, Brier & Kelly, LLC
425 Biden Street, Suite 200
Scranton, PA  18503
(570) 342-6100

Daniel T. Donovan
Ragan Naresh
James Yates
Kirkland & Ellis, LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
(202) 389-5000

Attorneys for Defendants, EQT AMD LLC
AND EQT ARO LLC

Dated:  May 15, 2023

## <u>CERTIFICATE OF SERVICE</u>

I, John B. Dempsey, hereby certify that a true and correct copy of the foregoing Notice of Supplemental Authority was served upon the following counsel of record via the Court's ECF system on this 15th day of May 2023:

Laura A. Lange, Esquire
1670 Sturbridge Drive
Sewickley, PA  15143

Justin G. Weber, Esquire
Troutman Pepper Hamilton Sanders LLP
100 Market Street, Suite 200
Harrisburg, PA  17108

Robert J. Burnett, Esquire
Brendan A. O'Donnell, Esquire
Houston Harbaugh, PC
401 Liberty Avenue
Three Gateway Center, 22nd Floor
Pittsburgh, PA 15101

David R. Fine, Esquire
Thomas R. DeCesar
K&L Gates LLP
Market Square Plaza
17 N. Second Street, 18th Floor
Harrisburg, PA  17101

/s/ John B. Dempsey
John B. Dempsey