**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust,** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **NO. 21-CV-01491** |
| **EQT AMD LLC, EQT ARO LLC, INTERNATIONAL DEVELOPMENT CORP., and SWN PRODUCTION COMPANY, LLC,** | : | **CHIEF JUDGE BRANN** |
| | : | **ELECTRONICALLY FILED** |
| **Defendants.** | : | |

**ORDER**

AND NOW, this ___ day of June, 2023, upon consideration of EQT AMD LLC and EQT ARO LLC's Motion To Stay Pending Resolution of Third Circuit Appeal, IT IS HEREBY ORDERED THAT the Motion is GRANTED.

This matter is stayed in its entirety pending resolution of the appeal captioned *Pennsylvania Game Comm'n v. Thomas E. Proctor Heirs Trust*, No. 22-1587 (3d Cir.). The EQT Defendants shall file a status report with this Court every 90-days and promptly upon final resolution of the Third Circuit Appeal.

BY THE COURT:

______________________________
Matthew W. Brann
Chief United States District Judge