IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Procter Heirs Trust,<br><br>Plaintiffs,<br><br>v.<br><br>EQT AMD LLC, EQT ARO LLC, INTERNATIONAL DEVELOPMENT CORP., and SWN PRODUCTION COMPANY, LLC,<br><br>Defendants. | No. 4:21-CV-01491<br><br>(Chief Judge Brann) |

## ORDER

### JULY 6, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants EQT AMD LLC and EQT ARO LLC's Motion to Stay Pending Resolution of Third Circuit Appeal (Doc. 50) is **GRANTED**.

This matter is stayed in its entirety pending resolution of the appeal captioned *Pennsylvania Game Commission v. Thomas E. Proctor Heirs Trust*, No. 22-1587 (3d Cir.). The moving Defendants shall file a status report with this Court every ninety (90) days and promptly upon resolution of the Third Circuit appeal.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge