# Exhibit C

5:17 P.M.

| | | |
|---|---|---|
| **Supreme Court of Pennsylvania** |  | **Appeal Docket Sheet** |
| | | **Docket Number: 31 EAP 2023** |
| | | Page 1 of 9 |
| | | April 1, 2024 |

## CAPTION

Commonwealth of Pennsylvania, Pennsylvania Game Commission, Appellant

v.

Thomas E. Proctor Heirs Trust, under Declaration of Trust dated October 28, 1980, which is recorded in Sullivan County in Book 1106, at page 879, its successors and assigns, Appellee

## CASE INFORMATION

| | |
|---|---|
| Initiating Document: | Order Granting Petition for Certification of Question of Law |
| Case Status: | Active |
| Journal Number: | |
| Case Category: | Civil     Case Type(s):     Other |

## CONSOLIDATED CASES                                           RELATED CASES

## COUNSEL INFORMATION

| | |
|---|---|
| Attorney: | Scarinci, Michael John |
| | Pennsylvania Office of Attorney General, 16th Floor , Strawberry Square, Harrisburg, PA |
| Address: | Pa Office Of Attorney General |
| | 15TH Floor Strawberry Sq |
| | Harrisburg, PA 17120 |
| Phone No: | (717) 857-2184 |
| Receive Mail: | Yes |
| Receive EMail: | Yes     Email: |
| Representing: | Commonwealth of Pennsylvania, Pennsylvania Game Commission, Appellant |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Bibikos, George A. |
| | GA BIBIKOS LLC |
| Address: | 5901 Jonestown Rd # 6330 |
| | Harrisburg, PA 17112 |
| Phone No: | (717) 580-5305 |
| Receive Mail: | Yes |
| Receive EMail: | Yes     Email: |
| Representing: | Marcellus Shale Coalition, Appellant Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |

5:17 P.M.

**Supreme Court of Pennsylvania**  **Appeal Docket Sheet**

**Docket Number: 31 EAP 2023**

Page 2 of 9

April 1, 2024

**COUNSEL INFORMATION**

| | |
|---|---|
| Attorney: | Brier, Daniel Thomas |
| | Myers, Brier & Kelly, LLP |
| Address: | Myers Brier & Kelly |
| | 425 Biden St Ste 200 |
| | Scranton, PA 18503 |
| Phone No: | (570) 342-6100 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                    Email: |
| Representing: | EQT AMD LLC, Appellant Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |
| Representing: | EQT ARO LLC, Appellant Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Burnett, Robert Joseph |
| Address: | Houston Harbaugh Pc |
| | 401 Liberty Ave Fl 22 |
| | Pittsburgh, PA 15222-1005 |
| Phone No: | (412) 281-5060 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                    Email: |
| Representing: | International Development Company, LLC, Appellant Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Ebersole, Joshua Benjamin |
| | Department of Conservation and Natural Resources |
| Address: | Pa Department Of Conservation And Natural Resources |
| | 400 Market St 7th Fl |
| | Harrisburg, PA 17105 |
| Phone No: | (717) 783-4543 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                    Email: |
| Representing: | Commonwealth Of Pennsylvania, Department of Conservation and Natural Resources, Appellant Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

5:17 P.M.

| | | |
|---|---|---|
| **Supreme Court of Pennsylvania** |  | **Appeal Docket Sheet** |
| | | Docket Number: 31 EAP 2023 |
| | | Page 3 of 9 |
| | | April 1, 2024 |

**COUNSEL INFORMATION**

| | |
|---|---|
| Attorney: | Armezzani, Richard Louis |
| | Myers, Brier & Kelly, LLP |
| Address: | Myers Brier & Kelly Llp |
| | 425 Biden St Ste 200 |
| | Scranton, PA 18503 |
| Phone No: | (570) 342-6100 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                              Email: |
| Representing: | EQT AMD LLC, Appellant Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |
| Representing: | EQT ARO LLC, Appellant Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Dempsey, John B. |
| | Myers, Brier & Kelly, LLP |
| Address: | 425 Spruce St Ste 200 |
| | 425 Biden St Ste 200 |
| | Scranton, PA 18503-1851 |
| Phone No: | (570) 342-6100 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                              Email: |
| Representing: | EQT AMD LLC, Appellant Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |
| Representing: | EQT ARO LLC, Appellant Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | O'Donnell, Brendan Andrew |
| Address: | 3 Gateway Ctr 22nd Fl |
| | 401 Liberty Ave |
| | Pittsburgh, PA 15222 |
| Phone No: | (412) 288-2226 |
| Receive Mail: | Yes |
| Representing: | International Development Company, LLC, Appellant Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Weber, Justin G. |
| | Troutman Pepper Hamilton Sanders LLP |
| Address: | 100 Market St Ste 200 |
| | Harrisburg, PA 17101-2000 |
| Phone No: | (717) 255-1170 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                              Email: |
| Representing: | Thomas E. Proctor Heirs Trust, Appellee |
| Pro Se: | No |
| IFP Status: | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

5:17 P.M.

| | | |
|---|---|---|
| **Supreme Court of Pennsylvania** |  | **Appeal Docket Sheet** |
| | | **Docket Number:  31 EAP 2023** |
| | | Page 4 of 9 |
| | | April 1, 2024 |

## COUNSEL INFORMATION

| | |
|---|---|
| Attorney: | Aronchick, Mark Alan |
| | Hangley, Aronchick, Segal, Pudlin & Schiller |
| Address: | Hangley Aronchick Et Al |
| | 1 Logan Sq Fl 27 |
| | Philadelphia, PA 19103-6995 |
| Phone No: | (215) 496-7002 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                              Email: |
| Representing: | Thomas E. Proctor Heirs Trust, Appellee |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Healy, Christopher Robert |
| | Troutman Pepper Hamilton Sanders LLP |
| Address: | 3000 Two Logan Square |
| | 18th & Arch Streets |
| | Philadelphia, PA 19103 |
| Phone No: | (215) 981-4644 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                              Email: |
| Representing: | Thomas E. Proctor Heirs Trust, Appellee |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Lange, Laura Ann |
| Address: | 1670 Sturbridge Dr |
| | Sewickley, PA 15143 |
| Phone No: | (847) 800-8334 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                              Email: |
| Representing: | Thomas E. Proctor Heirs Trust, Appellee |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Wiygul, Robert Andrew |
| | Hangley Aronchick Segal Pudlin & Schiller |
| Address: | Hangley Aronchick Et Al |
| | 18TH Cherry Sts Fl 27 |
| | Philadelphia, PA 19103 |
| Phone No: | (215) 496-7042 |
| Receive Mail: | Yes |
| Receive EMail: | Yes                              Email: |
| Representing: | Thomas E. Proctor Heirs Trust, Appellee |
| Pro Se: | No |
| IFP Status: | |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

5:17 P.M.

## Supreme Court of Pennsylvania



### Appeal Docket Sheet

**Docket Number:  31 EAP 2023**

Page 5 of 9

April 1, 2024

### COUNSEL INFORMATION

| | |
|---|---|
| Attorney: | Oberdick, David Glenn |
| Address: | Meyer Unkovic & Scott Llp<br>535 Smithfield St Ste 1300<br>Pittsburgh, PA 15222-2315 |
| Phone No: | (412) 456-2881 |
| Receive Mail: | Yes |
| Receive EMail: | Yes         Email: |
| Representing: | Hoyt Royalty, LLC, Appellee Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Thorne Heritage Resources, LLC, Appellee Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |

| | |
|---|---|
| Attorney: | Woods, Corrie Allen |
| Address: | 200 Commerce Dr Ste 210<br>Moon Township, PA 15108 |
| Phone No: | (412) 329-7751 |
| Receive Mail: | Yes |
| Receive EMail: | Yes         Email: |
| Representing: | Donovan, Michael, Appellee Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |
| Representing: | Reed, David, Appellee Amicus Curiae |
| Pro Se: | No |
| IFP Status: | |

### SUPREME COURT INFORMATION

Appeal From:

| | | | |
|---|---|---|---|
| Probable Jurisdiction Noted: | | Docketed Date: | November 27, 2023 |
| Allocatur/Miscellaneous Granted: | November 27, 2023 | Allocatur/Miscellaneous Docket No.: | 77 EM 2023 |

Allocatur/Miscellaneous Grant Order:   AND NOW, this 27th day of November, 2023, the Petition for Certification of Question of State Law is GRANTED.  The Court shall consider the following issue:

Whether, on the record provided here, a 1908 tax sale of an unseated parcel of land, induced by the surface owner's failure to pay taxes on the estate, and made to an agent of the defaulting surface owner, constitutes a title wash, thereby divesting the subsurface owner of his interest in the estate?
The Pennsylvania Game Commission is DESIGNATED as Appellant, and the Thomas E. Proctor Heirs Trust is DESIGNATED as Appellee.
The Prothonotary is DIRECTED to establish a briefing schedule and list this case for oral argument.

### FEE INFORMATION

| Fee Dt | Fee Name | Fee Amt | Receipt Dt | Receipt No | Receipt Amt |
|---|---|---|---|---|---|

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

5:17 P.M.



**Supreme Court of Pennsylvania**

**Appeal Docket Sheet**

**Docket Number: 31 EAP 2023**

Page 6 of 9

April 1, 2024

## INTERMEDIATE APPELLATE COURT INFORMATION

Court Name:  
Date of Order:  
Docket Number:  
Rearg/Recon Disp Date:  
Rearg/Recon Disposition:  

Judge(s):  
Intermediate Appellate Court Action:  
Referring Court: U. S. Court of Appeals, Third Circuit

## AGENCY/TRIAL COURT INFORMATION

Court Below: U.S. Court of Appeals, 3rd Circuit  
County:   Division: U.S. Court of Appeals, 3rd Circuit  
Date of Agency/Trial Court Order:  
Docket Number: 22-1587  
Judge(s):   OTN:  
Order Type:  

Court Below:  
County:   Division:  
Date of Agency/Trial Court Order:  
Docket Number: U.S. D.C. No. 1-12-cv-01567 – Conner,  
Judge(s):   OTN:  
Order Type:  

## ORIGINAL RECORD CONTENT

| Original Record Item | Filed Date | Content/Description |
|---|---|---|
| Trial Court Record | November 27, 2023 | |

**Record Remittal:**

## BRIEFING SCHEDULE

**Appellant**  
Commonwealth of Pennsylvania, Pennsylvania Game Commission  
 Brief  
Due: January 22, 2024    Filed: January 22, 2024  

 **Reply Brief**  

 **Reproduced Record**  
Due: January 22, 2024    Filed: January 22, 2024  

**Appellant Amicus Curiae**  
Commonwealth Of Pennsylvania, Department of Conservation and Natural Resources  
 Brief  
Due: January 22, 2024    Filed: January 22, 2024  

**Appellee**  
Thomas E. Proctor Heirs Trust  
 Brief  
Due: March 27, 2024    Filed: March 27, 2024  

 **Supplemental Reproduced Record**  
Due: March 27, 2024    Filed:  

**Appellee Amicus Curiae**  
Donovan, Michael  
 Brief  
Due: March 28, 2024    Filed: March 27, 2024  

Hoyt Royalty, LLC  
 Brief  
Due: March 27, 2024    Filed: March 27, 2024  

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

5:17 P.M.



**Supreme Court of Pennsylvania**

**Appeal Docket Sheet**

**Docket Number: 31 EAP 2023**

Page 7 of 9

April 1, 2024

## BRIEFING SCHEDULE

**Appellant Amicus Curiae**

Commonwealth Of Pennsylvania, Department of Conservation and Natural Resources

**EQT AMD LLC**
 Brief
Due: January 22, 2024      Filed: January 22, 2024

**EQT ARO LLC**
 Brief
Due: January 22, 2024      Filed: January 22, 2024

**International Development Company, LLC**
 Brief
Due: January 22, 2024      Filed: January 22, 2024

**Marcellus Shale Coalition**
 Brief
Due: January 22, 2024      Filed: January 22, 2024

**Appellee Amicus Curiae**

Hoyt Royalty, LLC

**Reed, David**
 Brief
Due: March 28, 2024      Filed: March 27, 2024

**Thorne Heritage Resources, LLC**
 Brief
Due: March 27, 2024      Filed: March 27, 2024

## DOCKET ENTRY

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| November 27, 2023 | Granted Petition for Certification of Question of Law | | Per Curiam |

Comments:
AND NOW, this 27th day of November, 2023, the Petition for Certification of Question of State Law is GRANTED. The Court shall consider the following issue: Whether, on the record provided here, a 1908 tax sale of an unseated parcel of land, induced by the surface owner's failure to pay taxes on the estate, and made to an agent of the defaulting surface owner, constitutes a title
wash, thereby divesting the subsurface owner of his interest in the estate? The Pennsylvania Game Commission is DESIGNATED as Appellant, and the Thomas E. Proctor Heirs Trust is DESIGNATED as Appellee. The Prothonotary is DIRECTED to establish a briefing schedule and list this case for oral argument.

| November 27, 2023 | Case was transferred from 77 EM 2023 | | Office of the Prothonotary |

Comments:
Case was transferred from 77 EM 2023

| November 27, 2023 | Original Record Transfer | | U.S. Court of Appeals, 3rd Circuit |

| December 7, 2023 | Designation of Contents of Reproduced Record | Appellant | Commonwealth of Pennsylvania, Pennsylvania Game Commission |

| December 7, 2023 | Praecipe for Appearance<br>Thomas E. Proctor Heirs Trust | Appellee | Aronchick, Mark Alan |

| December 7, 2023 | Praecipe for Appearance<br>Thomas E. Proctor Heirs Trust | Appellee | Wiygul, Robert Andrew |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

5:17 P.M.

## Supreme Court of Pennsylvania



**Appeal Docket Sheet**

**Docket Number: 31 EAP 2023**

Page 8 of 9

April 1, 2024

### DOCKET ENTRY

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| December 15, 2023 | Application for Extension of Time to File Brief - First Request | Appellant | Commonwealth of Pennsylvania, Pennsylvania Game Commission |
| December 18, 2023 | Counter Designation of Contents of Reproduced Record | Appellee | Thomas E. Proctor Heirs Trust |
| December 19, 2023 | Order Granting Application for Extension of Time to File Appellant Brief | | Gorman, Kaitlin A. |

Comments:
AND NOW, this 19th day of December, 2023, the "Designated Appellant's Unopposed Application for Extension of Time to File Its Opening Brief and the Reproduced Record" is GRANTED. Appellant's brief and reproduced record shall now be due in this Court on or before January 22, 2024.

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| December 19, 2023 | Order Exited | | Office of the Prothonotary |
| January 22, 2024 | Appellant's Reproduced Record Filed | Appellant | Commonwealth of Pennsylvania, Pennsylvania Game Commission |
| January 22, 2024 | Appellant's Brief | Appellant | Commonwealth of Pennsylvania, Pennsylvania Game Commission |
| January 22, 2024 | Appellant's Amicus Brief | Appellant Amicus Curiae | Marcellus Shale Coalition |
| January 22, 2024 | Appellant's Amicus Brief | Appellant Amicus Curiae | Commonwealth Of Pennsylvania, Department of Conservation and Natural Resources |
| January 22, 2024 | Appellant's Amicus Brief | Appellant Amicus Curiae | International Development Company, LLC |
| January 22, 2024 | Appellant's Amicus Brief | Appellant Amicus Curiae<br>Appellant Amicus Curiae | EQT AMD LLC<br>EQT ARO LLC |
| February 1, 2024 | Application for Extension of Time to File Brief - First Request | Appellee | Thomas E. Proctor Heirs Trust |
| February 7, 2024 | Order Granting Application for Extension of Time to File Appellee Brief | | Rothermel, Steven |

Comments:
AND NOW, this 7th day of February, 2024, the "Unopposed Application of Designated Appellee for Extension of Time to File Answer Brief" is GRANTED. Designated Appellee's brief is now due in this Court on or before March 27, 2024.

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| February 7, 2024 | Order Exited | | Office of the Prothonotary |

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on the docket sheets.

5:17 P.M.

| Supreme Court of Pennsylvania |  | Appeal Docket Sheet |
|---|---|---|
| | | Docket Number:  31 EAP 2023 |
| | | Page 9 of 9 |
| | | April 1, 2024 |

### DOCKET ENTRY

| Filed Date | Docket Entry / Representing | Participant Type | Filed By |
|---|---|---|---|
| March 27, 2024 | **Appellee Amicus Curiae Brief** | | |
| | | Appellee Amicus Curiae | Thorne Heritage Resources, LLC |
| | | Appellee Amicus Curiae | Hoyt Royalty, LLC |
| March 27, 2024 | **Amicus Curiae Brief** | | |
| | | Appellee Amicus Curiae | Donovan, Michael |
| | | Appellee Amicus Curiae | Reed, David |
| March 27, 2024 | **Appellee's Brief** | | |
| | | Appellee | Thomas E. Proctor Heirs Trust |

### CROSS COURT ACTIONS

Docket Number:                                        77 EM 2023

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.