## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust,<br><br>Plaintiffs,<br><br>v.<br><br>EQT AMD LLC, EQT ARO LLC, INTERNATIONAL DEVELOPMENT CORP., and SWN PRODUCTION COMPANY, LLC,<br><br>Defendants. | Civil Action No. 21-cv-1491<br><br>(Chief Judge Brann) |

## PLAINTIFFS' MOTION TO LIFT STAY

Charles R. Kendall and Ann P. Hochberg, Trustees for the Thomas E. Proctor Heirs Trust (the "Trust") hereby move to lift the stay the Court entered on July 6, 2023. The Pennsylvania Supreme Court has answered the certified question that prompted the stay, providing clarity on the legal issues to this Court. The grounds upon which the Court should grant this Motion are stated more fully in the accompanying Brief in Support of Plaintiffs' Motion to Lift Stay, which is incorporated by reference herein.

WHEREFORE, the Proctor Trust respectfully requests that the Court enter an order lifting the stay in this case, denying EQT's motion to dismiss, ordering EQT

to answer the Complaint, and granting any other relief that this Court deems just and appropriate.

Dated: July 16, 2025                    Respectfully submitted,

                                        /s/ *Laura A. Lange*
                                        Laura A. Lange (PA 310733)
                                        5519 Sterling Brook
                                        Houston, TX 77041
                                        lange@proctortrust.com

                                        Justin G. Weber (PA 89266)
                                        TROUTMAN PEPPER LOCKE LLP
                                        Suite 200, 100 Market Street
                                        P.O. Box 1181
                                        Harrisburg, PA 17108-1181
                                        717.255.1155
                                        717.238.0575 (fax)
                                        Justin.Weber@troutman.com

                                        *Attorney for Plaintiffs*

## <u>CERTIFICATE OF NON-CONCURRENCE</u>

I hereby certify that I contacted counsel for Defendants via telephone and electronic mail on June 12, 2025 and June 30, 2025, to determine whether Defendants consent to the relief sought herein. Counsel for Defendants did not concur in the filing of this Motion.

Dated: July 16, 2025                   */s/ Laura A. Lange*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of Court today via the Court's CM/ECF, and that, pursuant to Local Civil Rule 5.7, participants in the case who are registered ECF users will be served by the ECF system.

Dated: July 16, 2025                   */s/ Laura A. Lange*