IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RICE KENDALL and ANN P. HOCHBERG, as Trustees for The Thomas E. Proctor Heirs Trust,<br><br>Plaintiffs,<br><br>v.<br><br>EQT AMD LLC, EQT ARO LLC, INTERNATIONAL DEVELOPMENT CORP., and SWN PRODUCTION COMPANY, LLC,<br><br>Defendants. | Civil Action No. 21-cv-1491<br><br>(Chief Judge Brann) |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO LIFT STAY

AND NOW, this ____ day of _____, 2025, upon consideration of Plaintiffs' Motion Lift Stay and all other materials submitted in support of and in response to the Motion,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the motion to dismiss filed by Defendants EQT AMD LLC and EQT ARO LLC is DENIED.

IT IS FURTHER ORDERED that Defendants EQT AMD LLC and EQT ARO LLC shall file an answer to the Complaint within twenty-one (21) days of this Order.

1

IT IS SO ORDERED.

                                                _____
Matthew W. Brann
Chief United States District Judge